**72 So.2d 485**

**Adam Wilfred NAQUIN et al.**

**v.**

**LA TERRE CO., Inc., et al.**

**No. 41587.**

March 22, 1954.

Rehearing Denied April 26, 1954.

Rittenberg, Weinstein & Bronfin, Robert Weinstein, Warren M. Simon, Thomas C. Wicker, Jr., Nathan Greenberg, New Orleans, for relators.

Peltier & Peltier, Thibodaux, Milling, Saal, Saunders, Benson & Woodward, New Orleans, for respondent.

W. P. Hardeman, Lake Charles, F. E. Lee, Cobb & Wright, Chaffe, McCall, Toler

& Phillips, Tinsley Gilmer, Charles Janvier, New Orleans, Leonard Greenburg, Houma, for intervenors.

LE BLANC, Justice.

For the reasons assigned in the opinion this day handed down in the consolidated cases of La Terre Co. Inc. v. Naquin, and Naquin v. La Terre Co. Inc., La.Sup., 72 So.2d 481.

It is now ordered that the writ of certiorari together with the stay order heretofore granted be and they are hereby recalled, vacated and set aside at the costs of the applicants therein.